# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRUMAN COIN GROSS,**  **PLAINTIFF**
**ADC #135755**

**v.**  Case No. 4:19-cv-00933 KGB-JTK

**ASA HUTCHINSON,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 16). Plaintiff Truman Coin Gross filed an objection, but his statements in his objection are not responsive to the Proposed Findings and Recommendations (Dkt. No. 17). After careful consideration of the 139-page complaint, the Proposed Findings and Recommendations, Mr. Gross' objection, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 16).

Accordingly, the Court dismisses with prejudice Mr. Gross' complaint (Dkt. No. 1). The Court denies Mr. Gross' motion for preliminary injunction (Dkt. No. 8). The Court also denies as moot Mr. Gross' other pending motions (Dkt. Nos. 18-21, 24-26, 23-30, 32-33). Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(g).

It is so ordered this 6th day of August, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge