# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRUMAN COIN GROSS,**  **PLAINTIFF**
**ADC #135755**

**v.**  Case No. 4:19-cv-00933 KGB-JTK

**ASA HUTCHINSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Truman Coin Gross' complaint is dismissed with prejudice (Dkt. No. 1). Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(g).

It is so ordered this 6th day of August, 2020.

Kristine G. Baker
United States District Judge